GEORGE OMAR KOURY, ESQ.
Nevada Bar No. 15426
**PARADISE LAW LLC**
11 Paradise Valley Court
Henderson, Nevada 89052
(702) 727-3747 (office)
(702) 727-3744 (facsimile)
george@paradiselaw.com

JOANNA M. MYERS, ESQ.
Nevada Bar No. 12048
**HOLLEY DRIGGS LTD.**
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
(702) 791-0308 (office)
(702) 791-1912 (facsimile)
jmyers@nevadafrim.com

*Attorneys for The Boring Company, LLC (Plaintiff)*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| The Boring Company, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>TBC – The Boring Company, a Delaware Corporation,<br><br>Defendant. | Case No. 2:21-cv-00104-RFB-VCF<br><br>**EX-PARTE MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff The Boring Company, LLC, pursuant to LR IA 6-1 and Federal Rule of Civil Procedure 6(b), moves for a 30-day extension of time for Defendant TBC – The Boring Company to answer the Complaint. Plaintiff submits this motion *ex parte* insofar as Defendant has yet to appear in this action.

The parties to this matter are engaged in settlement discussions and believe a 30-day extension of the time for Defendants to answer would allow the parties to focus on their settlement efforts without the need to incur potentially unnecessary expense. This is the first request for an

14419-01.001/2570860.docx

extension of time to answer. In the interest of the parties and the Court, and help secure the just, speedy, and inexpensive determination of this action, good cause exists to grant this extension. If granted, Defendant's time to answer shall be extended as follows:

| Current Deadline | Extended Deadline |
|---|---|
| March 22, 2021 | April 21, 2021 |

For the reasons set forth above, Plaintiff respectfully requests that the Court grant an extension until April 19, 2021 of Defendant's time to answer.

Dated this 17th day of March, 2021.

Respectfully submitted by:

**HOLLEY DRIGGS**

*/s/ Joanna M. Myers*
Joanna M. Myers, Esq.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Nevada Bar No. 12048

**PARADISE LAW LLC**

George Omar Koury, Esq.
Nevada Bar No. 15426
11 Paradise Valley Court
Henderson, Nevada 89052

*Attorneys for The Boring Company, LLC (Plaintiff)*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   3-18-2021

14419-01.001/2570860.docx