1  GEORGE OMAR KOURY, ESQ.
   Nevada Bar No. 15426
2  **PARADISE LAW LLC**
   2062 Country Cove Ct
3  Las Vegas, Nevada 89135
   (702) 727-3747 (office)
4  (702) 727-3744 (facsimile)
5  george@paradiselaw.com

6  JOANNA M. MYERS, ESQ.
   Nevada Bar No. 12048
7  **HOLLEY DRIGGS LTD.**
   400 South Fourth Street, Third Floor
8  Las Vegas, Nevada 89101
   (702) 791-0308 (office)
9  (702) 791-1912 (facsimile)
10 jmyers@nevadafirm.com

11 *Attorneys for The Boring Company, LLC (Plaintiff)*

12         **UNITED STATES DISTRICT COURT**
              **DISTRICT OF NEVADA**
13

14 The Boring Company, LLC, a Nevada limited       CASE NO: 2:21-cv-00104-RFB-VCF
   liability company,
15                    Plaintiff,

16       v.                                         **NOTICE OF VOLUNTARY DISMISSAL**
                                                    **PURSUANT TO FRCP 41(a)(1)(A)(i)**
17 TBC - The Boring Company, a Delaware
   Corporation,
18
                     Defendant.
19

20

21       NOTICE IS HEREBY GIVEN that THE BORING COMPANY, LLC ("Plaintiff"),

22 hereby voluntarily dismisses its Complaint against TBC- THE BORING COMPANY

23 ("Defendant") with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff submits this notice

24 *ex parte* insofar as Defendant has not served an answer or responsive pleading, or otherwise

25 / / /

26 / / /

27 / / /

28 / / /

- 1 -

1  appeared in this action.

2      DATED this 19th day of April 2021.

3              **HOLLEY DRIGGS LTD.**

4

5              */s/ Joanna M. Myers*
               Joanna M. Myers, Esq.
               Nevada Bar No. 12048
6              400 South Fourth Street, Third Floor
               Las Vegas, Nevada 89101
7

8              **PARADISE LAW LLC**

9              George Omar Koury, Esq.
               Nevada Bar No. 15426
10             2062 Country Cove Ct
               Las Vegas, Nevada 89135
11

12             *Attorneys for The Boring Company, LLC (Plaintiff)*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28